UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

Devern MORGAN

**U. S. DISTRICT COURT**
**Eastern District of Louisiana** CRIMINAL

FILED MAR 25 2008

LORETTA G. WHYTE
Clerk

NO.: 08-74

SECTION: MAG

O R D E R

IT IS ORDERED that the above named defendant be given a medical examination and/or treatment in relation to the following:

Pain in his nose
blood in his throat

Said examination or treatment is to be provided on or before

ASAP

IT IS FURTHER ORDERED that the United States Marshal deliver a copy of this order to the Sheriff of _____ Parish without delay.

New Orleans, Louisiana, this 25th day of March, 2008.

UNITED STATES MAGISTRATE JUDGE

R E T U R N

I hereby certify that I have served this Order on the Sheriff of _____ Parish.  Service effected by hand delivery upon _____.

Date _____        _____
                                     Signature of Deputy U. S. Marshal

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

___FEE_____
___PROCESS 3cctvsm
___DKTD_____
___CtRmDep_____
DOCUMENT NO._____